THE STATE OF MONTANA ON THE RELATION OF CHARLES E. HOWARD AND MARYLYN L. HOWARD, RELATORS, v. THE DISTRICT COURT OF THE TWELFTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF HILL, AND THE HONORABLE C. B. ELWELL, JUDGE THEREOF, THE COUNTY BOARD OF PUBLIC WELFARE OF HILL COUNTY, MONTANA, AND THE STATE BOARD OF PUBLIC WELFARE OF THE STATE OF MONTANA, RESPONDENTS.
No. 11012.
Decided August 30, 1965.
404 P.2d 883.

PER CURIAM:

The petition for a Writ of Prohibition or other appropriate relief is hereby denied without prejudice to the rights of petitioners to apply to the District Court of Hill County for an opportunity to present their case before that court. (See In Matter of Young, 143 Mont. 230, 388 P.2d 379.)